986 F.2d 1425w
 RICO Bus.Disp.Guide 8252
 NOTICE: Seventh Circuit Rule 53(b)(2) states unpublished orders shall not be cited or used as precedent except to support a claim of res judicata, collateral estoppel or law of the case in any federal court within the circuit.
George WADE and Joyce Wade, Plaintiffs-Appellants,
v.
Edward B. HOPPER, II, et al., Defendants-Appellees.
 No. 91-3892.
 United States Court of Appeals, Seventh Circuit.
 Argued Nov. 5, 1992.
Decided Feb. 17, 1993.
Rehearing and Rehearing En Banc
Denied April 22, 1993.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION